**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| HOMEVESOTRS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No.: 1:21-cv-3322 |
| v. ) | |
| ) | |
| FRANCIS RUSNAK, individually and ) | |
| WINDY CITY SOLUTIONS, LLC ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff HomeVestors of America, Inc. ("HomeVestors") files this Original Complaint asserting claims against Defendants Francis Rusnak, individually, and Windy City Solutions, LLC (collectively "Defendants") for trademark infringement in violation of 15 U.S.C. § 1114 (Section 32 of the Lanham Act), unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A) (Section 43(a)(1)(A) of the Lanham Act), and trademark infringement, unfair competition, and unjust enrichment under Illinois law.

HomeVestors seeks: (1) Defendants' ill-gotten profits, treble, exemplary, and actual damages; (2) injunctive relief; and (3) HomeVestors' attorney's fees and costs of court.

**I. PARTIES**

1. HomeVestors is a Delaware corporation with its principal place of business at 6500 Greenville Avenue, Suite 400, Dallas, Texas 75206.

2. On information and belief, Rusnak is an individual residing at 8614 W. 120th St., Palos Park, IL 60464-1211 and can be served with process at this address. On information and

1

belief, Rusnak is the owner of Windy City Solutions, LLC, and controls, directs, and acts for Windy City Solutions LLC.

3. On information and belief, Windy City Solutions, LLC is a company organized and existing under the laws of the State of Illinois and can be served through its registered agent, Francis John at 15774 S. Lagrange Rd. 256, Orlando Park, IL 60462.

4. On information and belief, Rusnak is the moving force behind the infringing activities complained of herein and has an interest in the financial outcome of Windy City Solutions, LLC, which he operates under the name "Chi Home Buyers." On information and belief, Rusnak is the registrant of the domain <chihomebuyers.com> at which location Rusnak (as Chi Home Buyers) operates a home buying and selling business (the "Website").

## II. JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction over the Lanham Act claims in this action under 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the Illinois state law claims in this action under 28 U.S.C. § 1367 because these claims arise out of the same transactions and occurrences giving rise to the federal Lanham Act claims and are so related to those claims as to be a part of the same case or controversy. This Court has original jurisdiction over HomeVestors' unfair competition claim under 28 U.S.C. § 1338(b).

6. This Court has personal jurisdiction, and venue is proper in the Eastern Division, because the acts that are the subject of HomeVestors' claims, including trademark infringement, were committed by Defendants, in part, in the State of Illinois in this Division. Defendants conduct business primarily through the Website, which improperly uses HomeVestors' registered trademarks. The Website is an active site allowing customers to contact Defendants and submit or receive information about homes the customers wish to sell or buy. Defendants are making

commercial use of HomeVestors' registered trademarks in Cook County, Illinois and this Division. As a result, Defendants are doing business in this District and committing acts of infringement, unfair competition, and other wrongs in this District.

### III. FACTUAL BACKGROUND

**HomeVestors' business**

7. HomeVestors was founded and began franchising its business in 1996. HomeVestors has over 1,100 franchisees across 47 states that operate under strict codes and systems to ensure high ethical standards and responsible business practices. Over the years, HomeVestors and its franchisees have bought more than 110,000 houses.

8. HomeVestors is known as the WE BUY UGLY HOUSES® people and is the number one buyer of houses in the United States. HomeVestors franchisees buy homes that are difficult to sell and pay cash to owners in challenging situations. HomeVestors franchisees rehabilitate the houses and then sell or lease the homes. This process improves neighborhood aesthetics and provides opportunities for first-time homebuyers, other homebuyers, and renters. HomeVestors has franchisees in the Chicago, Illinois area and real estate market.

9. HomeVestors offers low-cost franchising opportunities to investors seeking to enter the business. Its unique business model includes a proprietary software system used in evaluating the potential value of single-family homes for purchase and repair. HomeVestors and its franchisees also employ a mass advertising campaign based on high-impact billboards, nationwide television commercials, and widespread Internet advertising that has achieved nearly universal market awareness for HomeVestors' trademark portfolio, which is discussed in detail below. HomeVestors also utilizes a direct-selling program that assists franchisees in identifying buyers or

investors who may already have a vested interest in improving the relevant neighborhoods. HomeVestors' first franchise in Cincinnati began operating in 2001.

10. HomeVestors has received numerous honors and awards. HomeVestors was recognized by Entrepreneur Magazine, which most recently ranked it the 16th "Top Growth Franchise," named it as one of the top 200 franchises of 2020 and placed it at number 30 on its annual Franchise 500. Furthermore, for the last eight consecutive years, the Caruth Institute for Entrepreneurship at the SMU Cox School of Business ranked HomeVestors among the fastest-growing private companies based in Dallas as part of the "Dallas 100." HomeVestors appeared for 12 consecutive years on the prestigious Franchise Business Review's "Top Franchises," a distinction awarded to franchisors with the highest level of franchisee satisfaction. Additionally, Franchise Business Review recently honored HomeVestors as a recipient of the "Top 50 Franchise Satisfaction Award." HomeVestors has built substantial goodwill in its name and business practices among both consumers and its franchisees.

**HomeVestors owns substantial trademark rights through its significant use in commerce of its trademarks**

11. HomeVestors possesses extensive, valuable rights in its intellectual property, including a family of U.S. trademarks that includes, among others, those listed below (collectively referred to as the "Ugly Houses Marks"):

| Mark | Reg No. | Goods and Services |
| --- | --- | --- |
| WE BUY UGLY HOUSES | **Reg 2999705** | **INT. CL. 36** REAL ESTATE SERVICES, NAMELY, REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING |
| UG BUYS UGLY HOUSES | **Reg 2935916** | **INT. CL. 36** REAL ESTATE SERVICES, NAMELY, REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING |
| WE SELL UGLY HOUSES | **Reg 4638341** | **INT. CL 35** REAL ESTATE SALES MANAGEMENT; SALES PROMOTION SERVICES; PROVIDING WEB SITE FOR INVESTORS TO ACCESS PROPERTIES FOR SALE |

| Mark | Reg No. | Goods and Services |
|---|---|---|
| | | **INT. CL. 36** REAL ESTATE SERVICES, NAMELY, REAL ESTATE BROKERAGE, AND PROVIDING MORTGAGE, TITLE AND HOME INSURANCE BROKERAGE SERVICES; REAL ESTATE SERVICES, NAMELY, REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING SERVICES; REAL ESTATE CONSULTATION, MANAGEMENT, BROKERAGE, AND LEASING SERVICES; REAL ESTATE SALES, NAMELY, REAL ESTATE AGENCY SERVICES AND REAL ESTATE LISTING |
| UG SELLS UGLY HOUSES | Reg 4786527 | **INT. CL. 35** REAL ESTATE SALES MANAGEMENT; SALES PROMOTION SERVICES; PROVIDING WEB SITE FOR INVESTORS TO ACCESS PROPERTIES FOR SALE<br><br>**INT. CL. 36** REAL ESTATE SERVICES, NAMELY, REAL ESTATE BROKERAGE, AND PROVIDING MORTGAGE, TITLE AND HOME INSURANCE BROKERAGE SERVICES; REAL ESTATE SERVICES, NAMELY, REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING SERVICES; REAL ESTATE CONSULTATION, MANAGEMENT, BROKERAGE, AND LEASING SERVICES; REAL ESTATE SALES, NAMELY, REAL ESTATE AGENCY SERVICES AND REAL ESTATE LISTING |
| SELL US YOUR UGLY HOUSE | Reg 5919522 | **INT. CL. 35** REAL ESTATE SALES MANAGEMENT, MARKETING, AND ADVERTISING SERVICES; SALES PROMOTION SERVICES; FRANCHISING SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE, CONSULTATION, AND ADVISORY SERVICES IN ESTABLISHING, OPERATING, PROMOTING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, RESIDENTIAL AND COMMERCIAL REAL ESTATE, AND IN THE FIELDS OF RESIDENTIAL REAL ESTATE PURCHASING, RESIDENTIAL REAL ESTATE FINANCING, AND THE SELLING OR LEASING OF RESIDENTIAL REAL ESTATE<br><br>INT. CL 36 REAL ESTATE ACQUISITION SERVICES; REAL ESTATE FINANCING SERVICES; REAL ESTATE CONSULTATION, MANAGEMENT, AND LEASING SERVICES; EVALUATION AND ASSESSMENT OF REAL ESTATE; PROVIDING A WEBSITE FEATURING |

| Mark | Reg No. | Goods and Services |
|---|---|---|
| | | INFORMATION IN THE FIELD OF REAL ESTATE AND FEATURING LISTINGS OF PROPERTIES FOR SALE FOR ACCESS BY INVESTORS; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION VIA THE INTERNET; FRANCHISING SERVICES, NAMELY, PROVIDING FINANCIAL INFORMATION AND ADVICE REGARDING ESTABLISHING, OPERATING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, RESIDENTIAL AND COMMERCIAL REAL ESTATE, AND RESIDENTIAL REAL ESTATE PURCHASING, RESIDENTIAL REAL ESTATE FINANCING, AND THE SELLING OR LEASING OF RESIDENTIAL REAL ESTATE |
| WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY | **Reg 5919520** | **INT. CL. 35** REAL ESTATE SALES MANAGEMENT, MARKETING, AND ADVERTISING SERVICES; SALES PROMOTION SERVICES; FRANCHISING SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE, CONSULTATION, AND ADVISORY SERVICES IN ESTABLISHING, OPERATING, PROMOTING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, RESIDENTIAL AND COMMERCIAL REAL ESTATE, AND IN THE FIELDS OF RESIDENTIAL REAL ESTATE PURCHASING, RESIDENTIAL REAL ESTATE FINANCING, AND THE SELLING OR LEASING OF RESIDENTIAL REAL ESTATE **INT. CL. 36** REAL ESTATE ACQUISITION SERVICES; REAL ESTATE FINANCING SERVICES; REAL ESTATE CONSULTATION, MANAGEMENT, AND LEASING SERVICES; EVALUATION AND ASSESSMENT OF REAL ESTATE; PROVIDING A WEBSITE FEATURING INFORMATION IN THE FIELD OF REAL ESTATE AND FEATURING LISTINGS OF PROPERTIES FOR SALE FOR ACCESS BY INVESTORS; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION VIA THE INTERNET; FRANCHISING SERVICES, NAMELY, PROVIDING FINANCIAL INFORMATION AND ADVICE REGARDING ESTABLISHING, OPERATING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, RESIDENTIAL AND |

| Mark | Reg No. | Goods and Services |
|---|---|---|
| | | COMMERCIAL REAL ESTATE, AND RESIDENTIAL REAL ESTATE PURCHASING, RESIDENTIAL REAL ESTATE FINANCING, AND THE SELLING OR LEASING OF RESIDENTIAL REAL ESTATE |
| WE BUY UGLY HOUSES.COM | **Reg 5560021** | **INT. CL. 35** REAL ESTATE SALES MANAGEMENT, MARKETING, AND ADVERTISING SERVICES; SALES PROMOTION SERVICES; FRANCHISING SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE, CONSULTATION, AND ADVISORY SERVICES IN ESTABLISHING, OPERATING, PROMOTING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, REAL ESTATE INVESTMENT, AND THE PURCHASE, FINANCE, AND SALE OF REAL ESTATE **INT. CL. 36** REAL ESTATE ACQUISITION SERVICES; REAL ESTATE FINANCING SERVICES; REAL ESTATE CONSULTATION, MANAGEMENT, AND LEASING SERVICES; EVALUATION AND ASSESSMENT OF REAL ESTATE; PROVIDING A WEBSITE FEATURING INFORMATION IN THE FIELD OF REAL ESTATE AND FEATURING LISTINGS OF PROPERTIES FOR SALE FOR ACCESS BY INVESTORS; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION VIA THE INTERNET; FRANCHISING SERVICES, NAMELY, PROVIDING FINANCIAL INFORMATION AND ADVICE REGARDING ESTABLISHING, OPERATING, MARKETING, AND DEVELOPING FRANCHISED BUSINESSES IN THE FIELDS OF REAL ESTATE, REAL ESTATE INVESTMENT, AND THE PURCHASE, FINANCE, AND SALE OF REAL ESTATE |
| UGLY HOUSE? | **Reg 5172916** | **INT. CL. 35** REAL ESTATE SALES MANAGEMENT; SALES PROMOTION SERVICES; FRANCHISING SERVICES, NAMELY, OFFERING TECHNICAL ASSISTANCE IN ESTABLISHING, OPERATING, MARKETING AND DEVELOPING FRANCHISED BUSINESSES THAT PURCHASE, FINANCE AND SELL RESIDENTIAL REAL ESTATE **INT. CL. 36** REAL ESTATE SERVICES, NAMELY, REAL ESTATE BROKERAGE, AND PROVIDING MORTGAGE, TITLE AND HOME INSURANCE BROKERAGE SERVICES; REAL ESTATE SERVICES, NAMELY, REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING SERVICES; |

7

| Mark | Reg No. | Goods and Services |
|---|---|---|
| | | REAL ESTATE CONSULTATION, MANAGEMENT, BROKERAGE, AND LEASING SERVICES; PROVIDING A WEB SITE FOR INVESTORS TO ACCESS LISTINGS OF REAL ESTATE PROPERTIES THAT ARE FOR SALE |

12. HomeVestors owns and has used the Ugly Houses Marks since at least as early as 1999 and has built substantial brand-name recognition through the use of these marks.

13. Over the years, HomeVestors has spent significant amounts of time and resources in developing its brand and maintaining the goodwill it has built in its trademarks. HomeVestors and its network of franchisees have spent over $366 million on advertising over the course of the past 10 years, which includes advertising on the Internet, radio, television, magazines, print ads (mailers, post cards, door hangers, etc.), and billboards seen throughout the country. Indeed, the HomeVestors brand is readily and widely recognized in the industry and among the general public, and the Ugly Houses Marks have become famous to designate HomeVestors' business.

**Defendants' Wrongful Activities**

14. On information and belief, Defendants control and operate the Website. The Website is a direct competitor with HomeVestors and its franchisees. The Website advertises the buying and selling of houses in distressed situations.

15. For several years, Defendants have engaged in a deliberate attempt to capitalize on HomeVestors' goodwill by infringing on the Ugly Houses Marks online and in advertising without HomeVestors' permission. On information and belief, the Website has used and/or currently still uses the Ugly Houses Marks and confusingly similar marks in its text content, titles, and URL extension.

16. Defendants' intentional, ongoing, and unauthorized use of the Ugly Houses Marks as set forth herein constitute acts of trademark infringement and unfair competition.

8

**Late 2020 Infringement of the Ugly Houses Marks**

17. Defendants have participated in an ongoing and willful pattern of infringement of the Ugly Houses Marks despite repeated notice from HomeVestors.

18. In late 2021, HomeVestors performed searches of the domain website <chihomebuyers.com> for use of the phrase "we buy ugly houses," or similar derivatives, and discovered the following conduct of Defendants constituting trademark infringement and unfair competition and/or breach of contract:

    a. Defendants were using the phrase "We Buy Ugly Houses" in website titles and text at <chihomebuyers.com>.

    b. Defendants were using the phrase "We Buy Ugly Houses" in the URL extension at <https://www.chihomebuyers.com/we-buy-ugly-houses-chicago/>.

19. On or about December 2, 2020, HomeVestors sent a cease and desist letter to Defendants identifying the specific infringement of the Ugly Houses Marks on and through Defendants' Website at <chihomebuyers.com>. *See* December 2, 2020 letter attached as **Exhibit A**. Defendants failed to respond.

**Defendants' Infringement Continues Into 2021**

20. In a follow up letter dated January 8, 2021, HomeVestors noted Defendants' lack of response, and reported that while *some* of the infringing use identified in HomeVestors' prior communication had been removed, significant issues of infringement remained as demonstrated in a highlighted and attached screenshot of Defendants' Website, specifically including ongoing use of the Ugly Houses Marks and other similar marks on the Website in the URL extension. Once again, HomeVestors demanded that Defendants cease and desist from all such infringing use of

the Ugly Houses Marks. And once again, Defendants failed to respond. *See* January 8, 2021 letter attached as **Exhibit B**.

21. HomeVestors sent another cease and desist letter on April 6, 2021, reiterating that the identified infringement continued on Defendants' Website and demanding that all such infringement cease. *See* April 6, 2021 letter attached as **Exhibit C**.

22. When Defendants still did not respond, HomeVestors sent a final demand on May 6, 2021, advising that the specifically identified infringement on Defendants' Website had been ongoing for months despite full and actual notice of HomeVestors' intellectual property rights, including its federal registrations. HomeVestors noted that such ongoing infringement in the face of actual notice constitutes willful infringement and made a final demand that Defendants' cease using the Ugly Houses Marks or other similar marks on Defendants' Website, whether as text, title, or in the URL extension. *See* May 6, 2021 letter attached as **Exhibit D**. Still, Defendants failed to respond.

23. As recently as the date of the filing of this Complaint, a search of the domain website <chihomebuyers.com> for use of the phrase "we buy ugly houses," or similar derivatives demonstrates that while Defendants have removed *some* of the infringing use identified by HomeVestors, their willful infringement of the Ugly Houses Marks continues to this day in the inclusion of the phrase "We Buy Ugly Houses" in the URL extension for the Website at <https://www.chihomebuyers.com/we-buy-ugly-houses-chicago/>. Thus, despite specific identification of the infringing use of the Ugly Houses Marks and repeated demands that Defendants cease and desist from such infringement, Defendants intentionally and willfully continue to use the Ugly Houses Marks, or marks that are confusingly similar, for the purpose of advertising and directing traffic to their Website.

10

**Unless Defendants are enjoined, HomeVestors will suffer irreparable harm for which it has no remedy at law**

24. Unless Defendants are enjoined, HomeVestors will suffer irreparable harm. Defendants' own actions demonstrate that they will continue to trade on the goodwill HomeVestors has built in its marks, allowing them to profit unfairly from their trademark infringement, unfair competition, and other wrongs. Moreover, HomeVestors has no ability to control the quality of the services provided by Defendants in conjunction with the Ugly Houses Marks, and therefore, is at an extreme risk of irreparable harm for which there is no remedy at law and for which money damages cannot repair.

25. By way of example, if customers of Defendants experience inferior services, they will likely mistakenly attribute that bad experience to HomeVestors and its franchisees due to Defendants' adoption of the same marks. This is heightened by Defendants' strategy to provide the same or similar services to the same customer base using the same advertising channels in connection with the same marks. As established above, these actions are taken intentionally by Defendants as part of a scheme to trade on the goodwill built by HomeVestors through its investment of time, efforts, and advertising in the Ugly Houses Marks. Defendants are intentionally trading off the goodwill HomeVestors has built up in its marks over years of use and promotion.

**COUNT 1**
**TRADEMARK INFRINGEMENT**
**15 U.S.C. § 1114**
**(Section 32 of the Lanham Act)**

26. HomeVestors repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

27. Defendants' acts committed in the course of Internet commerce constitute trademark infringement of the Ugly Houses Marks in violation of Section 32 of the Lanham Act,

15 U.S.C. § 1114. As established by the registration of the marks, the marks are protectable and enforceable against Defendants, HomeVestors is the owner of the marks, and HomeVestors is the senior user of the marks. Moreover, Defendants' actions have caused a likelihood of confusion and damage to HomeVestors. In particular, through the infringing use of the Ugly Houses Marks, Defendants are harming HomeVestors and diverting sales that would otherwise go to HomeVestors. Defendants' use of the Ugly Houses Marks is likely to cause confusion and mistake as to the source of Defendants' services.

28. In accordance with Section 34 of the Lanham Act, 15 U.S.C. § 1116, Defendants should be enjoined from using the Ugly Houses Marks and any confusingly similar variation thereof, alone or in combination with other words, as a trademark, service mark, corporate name, trade name component, domain name or domain name component, in Internet keyword advertising or bidding, in meta tag data, or otherwise, to market, advertise, or identify Defendants' services.

29. Under Section 35 of the Lanham Act, 15 U.S.C. § 1117(a), HomeVestors is entitled to recover from Defendants: (i) Defendants' profits, (ii) the damages sustained by HomeVestors, and (iii) the costs of this action. Due to the knowing, intentional, and purposeful nature of Defendants' conduct, HomeVestors seeks treble the amount of its actual damages. Due to the exceptional nature of this case, HomeVestors also seeks its reasonable attorney's fees.

**COUNT 2**
**UNFAIR COMPETITION**
**15 U.S.C. § 1125(a)**
**(Section 43(a) of the Lanham Act)**

30. HomeVestors repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

31. Defendants' acts committed in the course of interstate commerce constitute materially false and misleading misrepresentations of fact with respect to the origin of Defendants'

services, and the affiliation, sponsorship, and approval of Defendants' services in violation of Section 43(a)(1)(A) of the Lanham Act. 15 U.S.C. § 1125(a)(1)(A).

32. In accordance with Section 34 of the Lanham Act, 15 U.S.C. § 1116, Defendants should be enjoined from using the Ugly Houses Marks and any confusingly similar variation thereof, alone or in combination with other words, as a trademark, service mark, corporate name, trade name component, domain name or domain name component, in Internet keyword advertising or bidding, in meta tag data, or otherwise, to market, advertise, or identify Defendants' services.

33. Under Section 35 of the Lanham Act, 15 U.S.C. § 1117(a), HomeVestors is entitled to recover from Defendants: (i) Defendants' profits, (ii) the damages sustained by HomeVestors, and (iii) the costs of this action. Due to the knowing, intentional, and purposeful nature of Defendants' conduct, HomeVestors seeks treble the amount of its damages. Due to the exceptional nature of this case, HomeVestors seeks its reasonable attorney's fees.

### COUNT 3
### VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
### (815 ILCS 510/1 et seq.)

34. HomeVestors repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

35. Defendants have used and are using the Ugly Houses Marks in connection with the sale, offering for sale, distribution, promotion, and advertising of its goods and services in commerce in such a manner as to cause a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of its goods or services.

36. As a direct and proximate result of Defendants' unauthorized use of the Ugly Houses Marks, HomeVestors has suffered and will continue to suffer substantial injury and irreparable damage to its business, reputation, and goodwill.

37. By using the Ugly Houses Marks without HomeVestors' approval or consent, and with knowledge of HomeVestors' rights in its Ugly Houses Marks and HomeVestors' objections to Defendants' use of the Ugly Houses Marks, Defendants have willfully infringed upon the rights of HomeVestors, with an intent to trade upon the fame and goodwill associated with HomeVestors' Ugly Houses Marks.

38. HomeVestors is without an adequate remedy at law to redress Defendants' acts complained of herein and will be irreparably harmed unless Defendants are enjoined from committing and continuing to commit such acts.

39. Defendants' acts complained of herein thus violate the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq*.

### COUNT 3
### VIOLATION OF ILLINOIS UNFAIR BUSINESS PRACTICES ACT
### (815 ILCS 505/1 et seq.)

40. HomeVestors repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

41. Defendants' acts complained of herein violate the Illinois Unfair Business Practices Act, 815 ILCS 505/1 et seq.

42. As a result of Defendants' acts complained of herein, HomeVestors has been harmed.

### IV. JURY REQUEST

43. In accordance with Federal Rule of Civil Procedure 38, HomeVestors hereby demands a trial by jury on its claims alleged against Defendants.

## VI. REQUEST FOR RELIEF

For the foregoing reasons, HomeVestors respectfully requests the Court to:

44. Award HomeVestors its actual, treble, and exemplary damages;

45. In accordance with Illinois law and 15 U.S.C. § 1116, issue a preliminary and permanent injunction enjoining Defendants and their officers, agents, servants, employees, franchisees, and attorneys, and all those persons in active concert or participation with Defendants from the acts described in this Complaint;

46. Order Defendants and their officers, agents, servants, employees, franchisees, and all those persons in active concert or participation with them, to identify all third parties to whom Defendants have represented themselves to be the organization behind the Ugly Houses Marks or somehow sponsored by, approved by, affiliated with, or associated with HomeVestors and all third parties to whom Defendants have distributed any type of materials incorporating the Ugly Houses Marks;

47. Order Defendants and their officers, agents, servants, employees, franchisees, and attorneys, and all those persons in active concert or participation with them, to identify all other websites containing the Ugly Houses Marks;

48. Order Defendants to provide an accounting of all sales, revenues, and profits related to Defendants' services that infringe the Ugly Houses Marks and that are falsely designated as being sponsored by, approved by, affiliated with, or associated with HomeVestors;

49. In accordance with 15 U.S.C. § 1118, order all materials in Defendants' possession or control bearing the Ugly Houses Marks be surrendered for destruction;

50. An order that Defendants must file with the Court and serve on HomeVestors' counsel within 30 days after entry of the injunction, a written report, sworn under oath, setting forth in detail the manner and form in which Defendants has complied with the injunction;

51. In accordance with Illinois law and 15 U.S.C. §§ 1117(a) and (d), award HomeVestors all of Defendants' profits and damages from the aforesaid acts of trademark infringement and unfair competition;

52. In accordance with 15 U.S.C. § 1117(a), find this case to be exceptional in HomeVestors' favor and award HomeVestors its reasonable attorney's fees, costs, and expenses of this action;

53. In accordance with 815 ILCS 510/3, award HomeVestors its reasonable attorney's fees, costs, and expenses of this action.

54. Award HomeVestors its costs and pre-judgment and post-judgment interest at the maximum allowable interest rate; and

55. Grant HomeVestors such other relief, at law or in equity, to which it is justly entitled.

Dated: June 21, 2021                     Respectfully submitted,

                                                          **KLEMCHUK LLP**

                                                        */s/ Darin M. Klemchuk*
Darin M. Klemchuk
darin.klemchuk@klemchuk.com
Texas State Bar No. 24002418
Mandi M. Phillips
Texas Bar No. 24036117
mandi.phillips@klemchuk.com
Brian Casper
Texas Bar No. 24075563
brian.casper@klemchuk.com

**KLEMCHUK LLP**
8150 N. Central Expressway, 10th Floor
Dallas, Texas. 75206
Tel: 214-367-6000
Fax: 214-367-6001

William T. McGrath (1843567)
wmcgrath@davismcgrath.com
Paras R. Shah (6330422)
pshah@davismcgrath.com
**DAVIS McGRATH LLC**
125 South Wacker Drive, Suite 300
Chicago, IL 60606
(312) 332-3033
**COUNSEL FOR PLAINTIFF**
**HOMEVESTORS OF AMERICA, INC.**